JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JACQUELINE PARRA RAMIREZ,

Petitioner,

v.

Warden of the Adelanto ICE Processing Center; U.S. Immigration and Customs Enforcement; and MARK WAYNE MULLIN, Secretary, Department of Homeland Security.

Respondents.

Case No. 5:26-cv-05098-RGK-BFM

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Claim 1 of the petition under 28 U.S.C. § 2241 is granted. Claims 2 and 3 of the petition are denied as moot. The Clerk shall enter judgment accordingly.

DATED: 10/5/2026

HON. R. GARY KLAUSNER
United States District Judge